

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

STEVEN W. MYHRE
Acting United States Attorney
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
EMAIL: Robert.Knief@usdoj.gov
Counsel for Plaintiff United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE VEGA FELIX,<br><br>　　　　　Defendant. | Case No.: 2:17-mj-857-GWF<br><br>GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL CASE |

COMES NOW the United States of America, by and through Steven W. Myhre, Acting United States Attorney, and Robert Knief, Assistant United States Attorney, and moves this Court to unseal the case and all proceedings due to the arrest of the defendant.

DATED this 18th day of August, 2017

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　STEVEN W. MYHRE
　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ROBERT A. KNIEF
　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>JOSE VEGA FELIX,<br><br>                Defendant. | Case No.: 2:17-mj-857-GWF<br><br>ORDER TO UNSEAL CASE |

Based on Government's Application for an Order to Unseal the case and all proceedings issued in the above-captioned matter and good cause appearing, therefor,

IT IS SO ORDERED that the case and all proceedings be unsealed.

DATED this 18th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

2